| | |
|---|---|
| Thomas M. Kerr (CA State Bar No. 241530)<br>HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000<br>Facsimile: (415) 268-1999<br>Email: tom.kerr@hro.com | **E-filed 6/11/07** |

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>            Plaintiffs,<br>    v.<br>MARILYN POWELL,<br>            Defendant. | CASE NO. C-07-1453-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

*Ex Parte* Application
Case No. C-07-1453-JF
#30375 v1

|   |   |
|---|---|
| 1 | Plaintiffs hereby request that the Court continue the case management conference currently set for June 15, 2007, at 10:30 a.m. to September 14, 2007. Plaintiffs filed the Complaint against Defendant on March 13, 2007. Defendant has not yet been served with the summons and complaint. Plaintiffs are diligently attempting to personally serve the Defendant, however Plaintiffs have not yet been able to locate the Defendant. Plaintiffs intend to continue to attempt to personally serve the Defendant, before resorting to alternative forms of service. A case management conference is therefore unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for June 15, 2007, at 10:30 a.m. to September 14, 2007. |

Dated: June 6, 2007

HOLME ROBERTS & OWEN LLP

By: _____/s/ Thomas M. Kerr_____
Thomas M. Kerr
Attorney for Plaintiffs

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management conference currently scheduled for June 15, 2007, at 10:30 a.m. is hereby continued to September 14, 2007.

Dated: __6/11/07__    By: _____
Honorable Jeremy Fogel
United States District Judge

*Ex Parte* Application
Case No. C-07-1453-JF
#30375 v1

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 6, 2007, I served the foregoing documents described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Marilyn Powell**
**507 N. Comanche Drive**
**Pinetop, AZ  85935**

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2007 at San Francisco, California.

_____
Molly Morris