**E-filed 9/10/07**

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ARISTA
8  RECORDS LLC; BMG MUSIC; and
   WARNER BROS. RECORDS INC.
9

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION
12

13 | CAPITOL RECORDS, INC., a Delaware          | CASE NO. C-07-1453-JF
14 | corporation; UMG RECORDINGS, INC., a
   | Delaware corporation; SONY BMG MUSIC       | Honorable Jeremy Fogel
15 | ENTERTAINMENT, a Delaware general
   | partnership; ARISTA RECORDS LLC, a         | ***EX PARTE* APPLICATION TO CONTINUE
16 | Delaware limited liability company; BMG    | CASE MANAGEMENT CONFERENCE
   | MUSIC, a New York general partnership; and | AND [PROPOSED] ORDER**
17 | WARNER BROS. RECORDS INC., a Delaware
18 | corporation,
                      Plaintiffs,
19
          v.
20
21 MARILYN POWELL,
                      Defendant.
22

23
24
25
26
27
28

*Ex Parte* Application to Continue Case Management Conference and [Proposed] Order
Case No.  C-07-1453-JF
#32131 v1

1 | Plaintiffs hereby request that the Court continue the case management conference currently
2 | set for September 14, 2007, at 10:30 a.m. to November 16, 2007.  Plaintiffs filed the Complaint
3 | against Defendant on March 13, 2007.  Defendant was served with the summons and complaint on
4 | June 19, 2007, by personal service.  Defendant failed to answer or otherwise respond to the
5 | complaint.  The clerk of this Court entered default against Defendant on August 22, 2007.  Plaintiffs
6 | are currently in the process of preparing their motion for default judgment by the Court.  A case
7 | management conference is therefore unnecessary at this time.  Plaintiffs therefore request that the
8 | Court continue the case management conference currently set for September 14, 2007, at 10:30 a.m.
9 | to November 16, 2007.

Dated:  September 4, 2007              HOLME ROBERTS & OWEN LLP

                                       By:  _____/s/ Matthew Franklin Jaksa____
                                            Matthew Franklin Jaksa
                                            Attorney for Plaintiffs


### **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management conference currently scheduled for September 14, 2007, at 10:30 a.m. is hereby continued to November 16, 2007.

Dated:  _9/10/07_____          By:  _____
                                            Honorable Jeremy Fogel
                                            United States District Judge

1

*Ex Parte* Application to Continue Case Management Conference and [Proposed] Order
Case No. C-07-1453-JF
#32131 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On September 4, 2007, I served the foregoing documents described as:

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Marilyn Powell**
> **P.O. Box 1177**
> **Whiteriver, AZ   85941**

XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2007 at San Francisco, California.

_____
Molly Morris

*Proof of Service*
Case No. C-07-1453-JF
#32131 v1

1