Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

**E-filed 11/13/07**

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>     Plaintiffs,<br> v.<br>MARILYN POWELL,<br>     Defendant. | CASE NO. C-07-01453-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs hereby request that the Court continue the case management conference currently set for November 16, 2007 at 10:30 a.m. to February 15, 2008. Plaintiffs filed their complaint in this matter on March 13, 2007. Defendant was served with the summons and complaint on June 19, 2007, by personal service. Defendant failed to answer or otherwise respond to the complaint. The clerk of this Court entered default against Defendant on August 22, 2007. Accordingly, along with this application, Plaintiffs have filed their motion for default judgment by the Court. Therefore, no case management conference is necessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 16, 2007 at 10:30 a.m. to February 15, 2008.

Dated: November 9, 2007                HOLME ROBERTS & OWEN LLP

                                       By:  _____/s/ Matthew Franklin Jaksa_____
                                            Matthew Franklin Jaksa
                                            Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management conference currently scheduled for November 16, 2007 at 10:30 a.m. be continued to February 15, 2008. [handwritten "2008" over "2007"]

Dated: __11/13/07__                    By: _____[signature]_____
                                            Honorable Jeremy Fogel
                                            United States District Judge

---

Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. C-07-01453-JF
#33682 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On November 9, 2007, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Marilyn Powell**
**P.O. Box 1177**
**Whiteriver, AZ 85941**

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 9, 2007 at San Francisco, California.

*/s/ Molly Morris*
Molly Morris

---

*Proof of Service*
Case No. C-07-01453-JF
#33682 v1